NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LUITPOLD PHARMACEUTICALS, INC.,**
*Appellant*

**v.**

**PHARMACOSMOS A/S,**
*Cross-Appellant*

---

2017-1786

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-01490.

---

**O R D E R**

---

Before PROST, *Chief Judge,* WALLACH and TARANTO, *Circuit Judges.*

PER CURIAM.

Pharmacosmos A/S cross-appeals from the Patent Trial and Appeal Board's Final Written Decision determining that it did not prove by a preponderance of the evidence that claims 17 and 47 of U.S. Patent No. 7,754,702 are unpatentable. Because Pharmacosmos has not established an injury in fact sufficient to confer Arti-

cle III standing, however, this court dismisses the cross-appeal.

IT IS ORDERED THAT:

This case is dismissed.


FOR THE COURT


  April 12, 2018  
       Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court